735 A.2d 704

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Michael Martin SABO, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

Patrick L. Robinson, District Attorney's Office, Honesdale, for Com.

Jeffrey J. Wander, Honesdale, for Michael Martin Sabo.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Insofar as it is consistent with our dispositions in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999) and *Commonwealth v. Gaffney,* 557 Pa. 327, 733 A.2d 616 (1999), the Order of the Wayne County Court of Common Pleas dated October 29, 1998 is affirmed. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.